IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 4:05cr42HTW-AGN

EBONY HAWKINS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, EBONY HAWKINS, without prejudice.

DUNN LAMPTON
United States Attorney

By:   s/H.Colby Lane
H. COLBY LANE
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 9th day of February, 2006.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE